01-19-24
Case 2:24-cv-00043   Document 1   Filed 01/26/24   Page 1 of 6 PageID #: 1
2:24-cv-00043
1.pg
FILED
JAN 26 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

At This Time I De'Maurea Davis Also Known As "Yae-Yae" or "Yae Prince" will like to Seek habeas relief Under 28 U.S.C 2241.

I comforth will several claims and Argumentive Controversy That The Specific Huntington Division Federal court(s) And Prosecuting Stephanie Taylor And Robert C. Chambers Judge Have Ruled and Sentenced me In A Sabotage, Discriminative, Prejudice, Biase, And Corrupted Manner.

Prior To me being Sentenced {06-08-2020} I expressed to my attorney I wish to move To Trial. My attorney advised me Stephanie Taylor had emailed him stating quote verbatum" tell davis I do not wish to try this case at trial, Im willing to dismiss count (2) and (3) of the Superseeding Indictment and will recommend 60 months at Sentencing For A Guilty admission. unquote.

At my Sentencing Appearance which is documented as {06-08-2020} which I challenge as Credible For I strongly believe was {02-27-2020} the day my motion to have my drugs tested is dated. At Sentencing my attorney suddenly advised me that I was not charged with a mandatory offense after Being told I was initially. In Sentencing Court my attorney stated quote" this entire time you were not Indicted for a mandatory minimum offense! you could get 50-60 months today! we dont need to move Forward with this motion to have your drugs tested.^(unquote) He coheursed me to withdrawn being mrs. Taylor advised him she didnt Indict me For A mandatory minimum offense.

During Sentencing I was asked by Robert C. Chambers if I were promised anything I clearly stated "yes" and the court appeared appauled going Silent. The steingrapher ceased typing. I stated mrs. Taylor Stated she would recommend 60 months. Mrs. Taylor then began to claim and present my background and how I dont deserve a 60 month recommendation And So on about the specific's of the case changing the subject. In my sentencing transcripts this dialogue has been reducted, reinterated, And Partially doesn't exist. However ms. Taylor made a move to orally dismiss count (2) and (3) of the Super-Seeding Indictment. She Promised me Only to have me plea admission to guilt.

{10-27-23} Ive Filed A Pro Se Motion For 3582(a) Including other weighing Factors Which makes Up the 3553(a) characteristics of defendent, if pose a threat to society, mental health, Physical Family etc. That motion was oddly denied quote From opinion and order "accordingly, the court concludes that a sentence reduction would not serve the sentencing objectives of 18 U.S.C 3553(a) There Fore The court denies. Which I indeed produced 3553(a) Factors.

I then came Forth with another Pro se motion 3582(c)(1)(A) Including 3553(a) Factors. Filed 12/07/23. The Huntington Division ^(oddly) went against The Role of Law specifically pertaining to Stare Decisis Using or considering other courts, elaborate Findings and conclusions letting the desission Stand. Although not bound to but w/ can due to the ^(other courts) Persuasviness. In my pro se motion I produced Flawless and extra ordinary circumstance. The Huntington Division Carefully with i'll intentions reintereted my claims into A simplified Form to deterr me from Seeking Relief I strongly believe I qualify For.

The Huntington Court Division Insulted my Intellisiance, And Ruled in a biase manner because—

2.pg

— I am From Akron, Ohio. I have contacted the Huntington Division constantly pertaining about the newly law passed ~~laws~~ for the amended sentencing table that had lowered. I was blatantly ignored.

I now present Facts of controversy that (have) ^influenced The state of WV and This Scorn Huntington Division, To Rule on my behalf in a prejudice, biase, corrupted, and discriminative manner that deterr's me from being judged fairly and ^(from) seeking Relief.

{History/Origin of West Virginia. — To my knowledge ^(State of WV) strides from the coal mining booming buisness which played a part of the states enconomy and upbringing. later the coal mining would cease due to working conditions. The westvirginians would develope injury's due to coal mining and would be later prescribed opiates to help with their pain, often being not able to work.

{Present Day — Over the years ^excessive westvirginians would have their prescribtions ended abruptly. Causing the hooked westvirginians to seek and demand street drugs ^(to ease pain). The state of WV would later sue the big Pharmeudical companys blaiming them for administrating excessive amount of opiates sparking the states On going Opiod epidemic. (which they Lost.)

{Cause — The cause was indeed the ^(Initial) Above Reason causing the state to be hooked on street druss is the Pharmeucideal companys ^(fault). The companys are behind the states opiod epidemic. WV has lead in the most overdosing deaths making netflix series for a documentary on Huntington WV Opiod epidemic.

{Effect — The Pharmecudcul ^(companys) is to blame for sparking the opiod epidemic. which later would lead "out of towners" to siege the state of WV to fuel the westvirgians demand for street drugs to help ease their pain. Adding fuel to the Snowball effect opiod epidemic sparked by The Pharmecudical companys.

{Conclusion — WSAZ ^(eyewitness news media) would later do a segment on my home town, called "Akron, Ohio Is our new Detroit, michigan a more younger and dangerous crowd than the detroiters armed with Carfentanil an elephant tranqulizer. Reporter would interview Akron, Ohios chief of police. I blame the media for acting as a defamation of my reformed character. Influencing the Scorn state of WV and this Huntinston Division to Rule in a un-fair manner due to me being from Akron, Ohio. I am not the same person any more I ask for this court to understand I am Rehabiltated and been Incarcercted For (6) consecutive years. I am not responsible for For my citys actions. I possibly ask the Court to Fund me to accumulate A chemical dependency counseling degree/certificate So I can help the westvirgians ^(get) the help they need.

{1.2.2 - Role of Case Law} Stare Descisis Persuaviness)

I now Present Elaborate Findings And Conclusions Found In Other Federal courts And Supreme Courts. I also Present "Persuaviness" And Challenge The Scorn Huntington Division that Rules out of favor which I Produced In my denied motions. The Huntington Division did not Abide by The Role of Law. Therefore They've Broken And Nevermined to deter me - An Akron, Ohio ex-drugdealer from seeking Relief I believe im entitled to.

1.) Neuorscience And Physecology Has now been Incorporated In Crime. See United States vs. Andrew Ramsay. Judge Rakofts elaborate Analysis have been deemed by the courts well documented and Compelling. Thus, when Sentencing Adolescent offenders - particulary when the offense occured quickly in A high paced emotional enviroment; courts should bear in mind the adolescent maturity gap. The susceptibity, And dependency attributes of youth Heavely weigh toward Finding that {AGE} is my compelling Reasoning.

2.) See United States Vs. Rodriguez} A day spent In prison under extreme Lockdown and In Fear of Contracting a deadly virus exacts a price on a prisoner beyond that imposed By an Ordinary day in prison. While not intended as punishment, Incarceration In Such condition Is, unavoidbly, more punishing. In short, the court { 2023 U.S Dist. Lexis 20) has previously concluded, and concludes that Pandemic - induced conditions of confinement can constitute extraordinary and compelling circumstance warranting compassionate release, Particularly For defendents who have (1) served long sentences and (ii) been detained For the entirety of the pandemic...

2i.) See United States Vs. Rodriguez, 492 F. supp. 3d 306, 311 ( S.D.N.Y 2020)

Federal prisons has had to impose onerous lockdowns and restrictions that have made the Incarceration of Prisoners Far Harsher than normal.) Because the (PANDEMIC) HAS abated And these restrictions impacted virtually every inmate Incarcerated during the pandemic, the weight of this circumstance in the extraordinary and compelling analyis is diminished; However, it stills weights slightly toward a reduction.(it might seem, however that this first factor [of covid 19]... would diminish in importance once the pandemic was over. But this is not entirely So, For,.... aside from posing a threat to rodriguez health, [the pandemic] has made rodriguez incarceration harsher and more punitive than would otherwise have been the case.

2ii.) My confinement during the Covid pandemic have resulted In A sentence that was more severe than the courts could have contemplated when it originally sentenced me {June 8, 2020}. while the court sought to carefully balance the Information then available, it could not have Foreseen the restrictions that would be precipitated by the pandemic (including lockdowns, Quarantines, And curtailment of Facility Programming And Visitation) Nor the public health Risks Faced by Indivuals like myself who have spent the entirety of the pandemic In a carceral setting, Nor

4 pg

the lenght of time over which these Risk and deprivations would persist.

(attached Is my Inquiry sent to Supreme Court)
above this matter they stated they cant help me.

1 pg

> Supreme Court
< De'maurea Davis also Known As "Yae-yae" #15301-068 criminal action # 3:19-00116 I am An Akron, Ohioan Defendent Sentenced by the Southern District of West Virginia. "Huntington Division"

I understand That Under Article III of The Constitution, This Jurisdiction Court extends Only To the Consideration of Cases Or Controversies Properly brought before it From Lower Courts In Accordance with Federal law And filed Pursuant To the Rules of This Court.

I have previously Summoned the Huntington Division Courts To Forward My Inquiry for Appeal upon Consideration of A denied 3582(c)(1)(A) Reduction of Sentence. ExtraOrdinary And Compelling Reasons, Along 3553(a) other weighing Factors Characteristics of defendent To This Supreme Court For Review And Possible overule For Overturn. Document 150 Filed 12/15/23

In my Courts Ruling I couldn't Help but Notice My Presented Claim's, Arguments Was Re-interated To A premature Simplified Wording, To the Extent to discredit my Pro Se Motion, Insulting My Intelligiance And Acting As An deterrent For me to Seek Relief. My Courts didnt Acknowledge my Presented Parrdel Case discussions, Nor And Neverminding Stare Decisis 1.2.2- Role of Case Law - due To Consecutive Courts elaborate Findings And Conclusions. Along With Persuaviness.

> USA vs. RODRIGUEZ
> USA vs. Roman Kitroser
> USA vs. SHERWIN BIRKETT
> USA vs. Andrew Ramsay

RECEIVED
JAN 18 2024
OFFICE OF THE CLERK
SUPREME COURT, U.S.

I now Present(s) Controversy That This Particular Division Is Indeed A Prejudice, Biase, Scorned Jurisdiction, And Have Sabotaged And Ruled in Such Discriminitive Manner Towards Me For Their Personal Underlying Reasons And Vendetta which Proves A conflict of Interest - Within Their Judging Enabling Me Fairness.

2 pg

1st) The State of West Virginia Has led in USA most overdosing deaths. Their state Has been Under Constant Siege of An Ongoing Opiod Epidemic. For decades Overrun with out-of-Towners/Drug dealers From all over the USA. WSAZ media Would later do A segment "Akron Is Our New Detroit" A more younger And dangerous Crowd Than the detroiters Acting As A defamation of character in my behalf not considering that my character deficiencies would be Reformed being I've been Incarcerated for (6) years. The Media has targeted my city As Flooding the Huntington Area with Carfentanil, An Elepheant Tranquilizer. Causing The State And This Jurisdiction To Forever Have it out For me. An Akron Ohio Man charged with Possession To Distribute Carfentanil. (WITH) A completed State of WV term For (4) shootings. However I've been Reformed And demands not to be Held Accountable Years later. This very matter Is Acting As A deterrent stoping me from recieving due Relief. This state Is So Scorn And Fed up that they would later Sue Pharmaceudical company(s) which (they) lost. They blamed the company Administed An excessive amount of opiate pills that Sparked The Ongoing Opiod Epidemic. Which/W/o Causing A migration of out-of-towners to fuel the Epidemic with "street drugs". Netflix Also done A Segment on Huntington, WV.

Truthfully My Condossence Go out to The Sieged State of West virginia Huntington. I recommend that their state Help the Westvirginians that(s) Addicted To "street druss" by helping Them With Mental And Drug Classes. The state of WV And this Jurisdiction Should Target The Addicts of WV Giving Them the Help They need instead of Wasting Their time On Discriminating Against Me. An Reformed Prisoner That wants to obtain A chemical dependency Counsling Certificate Upon my Release To Help The Westvirginian's Get Help.

During my part for fueling And feeding Their Addiction In my Adolescent(s) years.